# CATALANO LAW

401 KINGS HIGHWAY SOUTH
SUITE 4A
CHERRY HILL, NEW JERSEY 08034
(856) 281-9860
FAX (856) 281-9859
Email: rcatalano@catalanolaw.net

RALPH (RANDY) P. CATALANO
MEMBER NJ & PA BAR

PENNSYLVANIA OFFICE:
(215) 922-3650

February 3, 2025

**Via E-File**
Magistrate Judge Ann Marie Donio
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: **Shawn Archie and Tara Simmons Archie, his wife v. County of Cumberland, et al.
Case No.: 1:21-cv-18334-NLH-AMD**

Dear Judge Donio:

I represent Shawn Archie, in the above matter. The above-referenced case settled in October of 2024. Mr. Archie signed the Release on November 1, 2024 along with Stipulations of Dismissal provided to Defense Counsel. Defendant County of Cumberland's settlement check was received in my office on December 4, 2024. To date and despite continuous follow ups with Jeffrey McClain, counsel for Defendant CFG, we still have not received its settlement check. My office has been told several times the check is "on its way." As such, I would respectfully request a conference with Your Honor in an effort to obtain this check and bring this matter to a close.

Thank you for your kind attention in this regard.

Respectfully submitted,

*Randy P. Catalano*

Randy P. Catalano

RPC:kc
cc: Jeffrey S. McClain, Esquire
    Edward Romanik, Esquire