LONDAR & MCCLAIN, PC
3000 Atrium Way
Suite 200 – PMB #319
Mount Laurel, NJ 08054
(888) 386-4443
Lilia Londar, Esquire (LL 1120)
Jeffrey S. McClain, Esquire (JSM 0966)
Attorneys for Defendant CFG Health Systems, LLC

| | |
|---|---|
| Shawn Archie and Tara Simmons Archie, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>County of Cumberland, Officer Cordova, Officer Bermudez, John Does 1-10 (fictitious names), Warden Richard T. Smith, County of Salem, John Does 11-20 (fictitious names), State of New Jersey, New Jersey Department of Corrections, Central Reception Assignment Facility (CRAF), John Does 21-30 (fictitious names), Southern State Correctional Facility, John Does 31-40 (fictitious names), County of Gloucester, John Does 41-50 (fictitious names), CFG Health Systems, LLC, John Does 51-75 (fictitious names), John Does 76-85 (fictitious names), John Does 86-95 (fictitious names),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>District of New Jersey<br>Camden Vicinage<br><br>Case No. 1:21-cv-18334 (ESK) (AMD)<br><br>Civil Action<br><br>**Voluntary Stipulation of Dismissal with Prejudice of *Per Quod* Claims** |

**THIS MATTER** having been amicably resolved by and between the parties, it is hereby stipulated and agreed that any and all claims of Plaintiff Tara Simmons Archie in this matter be and hereby are dismissed with prejudice, including any and all cross-claims arising therefrom, against CFG Health Systems, LLC, without attorney's fees or costs.

Dated: 9-10-24

_____
Randy Catalano, Esquire
Attorney for Plaintiffs Shawn Archie and Tara Simmons Archie

Dated: 11-14-24

_____
Edward Romanik, Esquire
Attorney for Defendants County of Cumberland, Warden Richard Smith

Dated: 02/11/25

_____
Stuart Alterman, Esquire
Attorney for Victor Bermudez

Dated: 2/13/25      /s/ Jeffrey S. McClain (JSM 0966)
Jeffrey S. McClain, Esquire
Attorney for Defendant CFG Health Systems, LLC

So Ordered.

_____
Edward S. Kiel, U.S.D.J

Date: _____